UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-2101-JG
NO. 5:16-MJ-1087-RN
NO. 5:16-MJ-1089-RN

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR AN ORDER AUTHORIZING THE ) <br> INSTALLATION AND USE OF PEN ) <br> REGISTERS AND TRAP AND TRACE ) <br> DEVICES, ACQUISITION OF ) <br> GEOLOCATION AND CELL SITE DATA, ) <br> AND USE OF A CELL SITE SIMULATOR ) <br> FOR TELEPHONE NUMBER ) <br> (919) 491-7750 ) | **MOTION TO UNSEAL** |

The United States hereby moves to unseal the above-captioned matters so that they may be produced in discovery in <u>United States v. Maurio Tajara Mitchell, et al</u>, No. 5:16-CR-111-D. The wiretap orders referenced in the applications and motions for the above-captioned matters have already been unsealed, and there is no further investigative need for this matter to remain sealed.

Respectfully submitted this the <u>20th</u> day of May, 2016.

JOHN STUART BRUCE
Acting United States Attorney

*/s/ Leslie K. Cooley*

LESLIE K. COOLEY
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Ph. (919) 856-4530
Fax: (919) 856-4487
E-mail: leslie.cooley@usdoj.gov
North Carolina Bar No. 33871